UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

4/20/26

CARLOS MANUEL ORTEZ CANALES,

                                        Plaintiff,

            v.

MARKWAYNE MULLIN, in his capacity as Secretary
for the United States Department of Homeland Security;
JOSEPH B. EDLOW, in his official capacity as
Director, U.S. Citizenship and Immigration Services;
TODD BLANCHE, in his official capacity as the
Acting Attorney General of the United States,

                                        Defendants[1].

-----------------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
WITHOUT PREJUDICE**

Civil Action No.
26-cv-939

(Matsumoto, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
         April 17, 2026

THE GROTAS FIRM, P.C.
*Attorneys for Plaintiffs*
499 Seventh Avenue, Suite 23N
New York, New York 10018

By:      */s/ Paul B. Grotas*
         Paul B. Grotas, Esq.
         (917) 436-4444
         paul@grotaslaw.com

---

[1] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit. Therefore, Secretary Mullin has been substituted for Secretary Noem and Acting Attorney General Blanche has been substituted for Attorney General Bondi.

Dated: Brooklyn, New York
      April 17, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201


By:    */s/ Alexandra Megaris*
Alexandra Megaris
Assistant U.S. Attorney
(718) 254-6105
alexandra.megaris@usdoj.gov